MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, Room 410
New York, New York 10007
Tel. No.:  (212) 637-2728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
FAHMI KAID AL GAHEIM, individually,            :

               Petitioner,            :

                     ANSWER

          - v. -            :

                     07 Civ. 3066 (DC)

ANDREA QUARANTILLO, officially            :
as District Director, U.S. Citizenship &                           FILED ELECTRONICALLY
Services; and U.S. CITIZENSHIP            :
& IMMIGRATION SERVICES,

                     :

              Defendants.
---------------------------------------------------------------x

      Defendants Andrea Quarantillo, District Director of the New York District of United States Citizenship and Immigration Services ("CIS"); and the CIS (collectively, "defendants" or "Government"), hereby answer the Petition for Review of Naturalization Denial ("petition") of petitioner Fahmi Kaid Al Gaheim, individually ("plaintiff" or "Al Gaheim"), upon information and belief, as follows:

      1.     Neither admit nor deny the allegations in paragraph 1 of the petition because they constitute petitioner's characterization of this action, prayer for relief, and/or conclusions of law, to which no response is required; and respectfully refer the Court to the statute cited in paragraph 1 for an accurate statement of its provisions.

2.  Neither admit nor deny the allegations in paragraph 2 of the petition because they constitute petitioner's characterization of this action, prayer for relief, and/or conclusions of law, to which no response is required; and respectfully refer the Court to the statute cited in paragraph 2 for an accurate statement of its provisions.  In further response to the allegations in paragraph 2, defendants aver that: (1) on or about May 8, 2006, petitioner submitted an application ("naturalization application" or "N-400 application") to the CIS, seeking to become a naturalized citizen of the United States, pursuant to §§ 310 and 316 of the Immigration and Nationality Act of 1952, as amended ("INA"), 8 U.S.C. §§ 1421 & 1427; (2) on December 26, 2006, the CIS issued a decision ("December 26, 2006 decision") (copy annexed hereto) denying petitioner's naturalization application; (3) on or about January 16, 2007, petitioner filed a timely administrative appeal of the December 26, 2006 decision in the form of a request for an administrative hearing ("N-336 hearing") before a senior naturalization examiner, pursuant to pursuant to INA § 336(a), 8 U.S.C. § 1447(a); (4) the CIS conducted an N-336 hearing on April 4, 2007; and (5) the CIS confirmed its initial denial of petitioner's naturalization application in an administratively final decision dated April 4, 2007 ("April 4, 2007 decision") (copy annexed hereto).

3.  Neither admit nor deny the allegations in paragraph 3 because they constitute conclusions of law, to which no response is required; and respectfully refer the Court to the statutes cited in paragraph 3 for accurate statements of their provisions.

4.  Neither admit nor deny the allegations in paragraph 4 because they constitute petitioner's characterization of this action and/or conclusions of law, to which no response is required; and respectfully refer the Court to the statute cited in paragraph 4 for an accurate statement of its provisions.

5. Deny knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 5 regarding petitioner's place of residence; neither admit nor deny the remaining allegations in paragraph 5 because they constitute conclusions of law, to which no response is required; and respectfully refer the Court to the statute cited in paragraph 5 for an accurate statement of its provisions.

6. Deny knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in paragraph 6 regarding petitioner's place of residence; and admit the remaining allegations in paragraph 6.

7. Neither admit nor deny the remaining allegations in paragraph 7 because they constitute conclusions of law, to which no response is required.

8. Admit the allegations in paragraph 8.

9. Admit the allegations in paragraph 9.

10. Admit the allegations in paragraph 10.

11. Admit the allegations in paragraph 11.

12. Admit the allegations in paragraph 12.

13. Admit the allegations in paragraph 13.

14. Admit the allegations in paragraph 14

15. Neither admit nor deny the allegations in paragraph 15 because they constitute conclusions of law, to which no response is required.

16. Neither admit nor deny the allegations in paragraph 16 because they constitute plaintiff's characterization of this action, prayer for relief, and/or conclusions of law, to which no

response is required; and respectfully refer the Court to the statutes cited in paragraph 16 for accurate statements of their provisions.

## AS AND FOR A FIRST DEFENSE

The administrative decisions issued by the CIS on December 26, 2006, and, upon further review, on April 4, 2007, denying petitioner's naturalization application, were properly issued, were supported by substantial evidence in the record, comported with applicable law, and fell within the ambit of the CIS's broad discretion in naturalization matters.

## AS AND FOR A SECOND DEFENSE

Petitioner is ineligible for naturalized citizenship because he cannot demonstrate that he "resided continuously in the United States" during the five years immediately preceding the date he submitted his naturalization application to the CIS, as required by INA § 316(a)(1), 8 U.S.C. § 1427(a)(1).

WHEREFORE, defendants respectfully request that this Court enter judgment dismissing the petition in its entirety, and for such other relief as the Court deems proper.

Dated: New York, New York
       June 21, 2007

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York
                                            Attorney for Defendants

By: /s/_____
     F. JAMES LOPREST, JR.
     Special Assistant United States Attorney
     86 Chambers Street, Room 410
     New York, New York  10007
     Tel. No.:  (212) 637-2728
     (FJL:3210)

TO:    ROMBEN AQUINO, ESQ.
        FERRO & CUCCIA, LLP
        Attorneys for Petitioner
        100 Lafayette Street, Suite 201
        New York, NY  10013