UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET NEW YORK, N.Y. 10007

J. Michael McMahon
Clerk of the Court

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/07
```

------------------------------x
Fahmi Kaid Al Gaheim,

               Plaintiff(s),           07 Civ. 3066 (DC)

      - against -

Andrea J. Quarantillo, et al.,

               Defendant(s).
------------------------------x

        The above-captioned action has been assigned to Judge Denny Chin.

        Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

        This conference will be held on July 12, 2007 at 12:00 P.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

        Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

        **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:      New York, New York
             June 28, 2007

                                                        Sincerely,

                                                        David Tam
                                                       Courtroom Deputy Clerk
                                                       U.S.D.C. - S.D.N.Y.
                                                       500 Pearl Street, Rm. 1020
                                                       New York, New York 10007
                                                       (212) 805-0096