MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

ORIGINAL

MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FAHMI KAID AL GAHEIM, individually,      :

              Petitioner,      :     STIPULATION AND ORDER OF
                    SETTLEMENT AND DISMISSAL
    - v. -      :
                  07 Civ. 3066 (DC)
ANDREA QUARANTILLO, et al.,      :

              Respondents.      :
------------------------------------------------------------x

    IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed with prejudice and without costs or attorney's fees to any party, subject to petitioner's right to apply for reinstatement of the action by written notice to the Court, and by ten days' prior notice to the United States Attorney's Office for the Southern District of New York, not later than June 1, 2008.

Dated:    New York, New York
          December 17, 2007

FERRO & CUCCIA, PC
Attorneys for Petitioner

By: _____
ROMBEN AQUINO, ESQ.
100 Lafayette Street, Suite 201
New York, NY 10013
Tel. No.: (212) 966-7775

Dated:    New York, New York
          December 19, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

By: _____
F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728

SO ORDERED:

_____
HON. DENNY CHIN
UNITED STATES DISTRICT JUDGE

12/20/08



RECEIVED
DEC 20 2007
JUDGE CH[IN]