# FERRO & CUCCIA

100 Lafayette Street, Suite 201
New York, New York 10013

Edward J. Cuccia (Admitted New York)
Charles Jason Lore (Admitted New York and New Jersey)
Romben Aquino (Admitted New York)
Josephine Ferro Cuccia (Of Counsel, admitted New York)

Telephone  (212) 966-7775
Facsimile   (212) 966-0338

May 29, 2008

VIA ECF

The Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   Al Gaheim v. Quarantillo, et al., 07-cv-3066 (DC)

Dear Judge Chin:

    Per the terms of the Stipulation, I write to request that the above-referenced case be re-instated and restored to the Court's active docket. Respondents' counsel, James Loprest, Jr., Esq., was notified by letter of Plaintiff's intent to re-instate on May 13, 2008, and Mr. Loprest has indicated that he has no opposition.

    I also request that the Court schedule a pre-trial conference to discuss the posture of the case.

    If I may be of additional assistance, please contact me at 212-966-7775.

    Respectfully submitted,

    ___/s/ Romben Aquino_____

    Romben Aquino
    Attorney and Counselor at Law

cc:   James LoPrest, Jr., Esq.
    Special Assistant U.S. Attorney
    86 Chambers Street, 3rd Floor
    New York, NY  10007