# FERRO & CUCCIA

100 Lafayette Street, Suite 201
New York, New York 10013

Edward J. Cuccia (Admitted New York)
Charles Jason Lore (Admitted New York and New Jersey)
Romben Aquino (Admitted New York)
Josephine Ferro Cuccia (Of Counsel, admitted New York)

Telephone (212) 966-7775
Facsimile  (212) 966-0338

July 9, 2008

VIA ECF AND FACSIMILE (212-805-7096)

The Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   Al Gaheim v. Quarantillo, et al., 07-cv-3066 (DC)

Dear Judge Chin:

     I write to respectfully request an adjournment, to a date and time convenient to the Court, of the pre-trial conference scheduled for this Friday, July 11, 2008 at 11:30 am in the above-referenced civil action.  I have spoken to Defendants' counsel, James LoPrest, Esq., and he has indicated to me that USCIS will grant Plaintiff's application for naturalization, subject to Plaintiff's being re-fingerprinted.  Upon the granting of the application, Plaintiff and Defendants expect to execute a stipulation dismissing this action.  Mr. LoPrest joins in my request for an adjournment.

     If I may be of additional assistance, please contact me at 212-966-7775.  I thank the Court for its consideration of this request.

                                      Respectfully submitted,

                                      ___/s/ Romben Aquino_____

                                      Romben Aquino
                                      Attorney and Counselor at Law

cc:   James LoPrest, Esq. (via facsimile 212-637-2786)