MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel No.: (212) 637-2728

**ORIGINAL**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
FAHMI KAID AL GAHEIM, individually,  :

        Petitioner,  :  STIPULATION AND
          ORDER OF DISMISSAL
   - v. -  :
          07 Civ. 3066 (DC)
ANDREA QUARANTILLO, et al.,  :

        Respondents.  :
----------------------------------------x

    WHEREAS petitioner has been admitted to citizenship upon being sworn in as a naturalized citizen of the United States;

    IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
       August 22, 2008

FERRO & CUCCIA, PC
Attorneys for Petitioner

By. _____
REUBEN AQUINO, ESQ.
100 Lafayette Street, Suite 201
New York, NY 10013
Tel. No.: (212) 966-7775

Dated: New York, New York
       August 22, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

By: _____
F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728
james.loprest@usdoj.gov

SO ORDERED:
_____
HON. DENNY CHIN
UNITED STATES DISTRICT JUDGE

8/25/08